Samuel Henderson (SBN: 279717)
henderson@hendersonconsumerlaw.com
185 W. F St, STE 100-J
San Diego, California 92101
Tel: (760) 575-4594
Fax: (760) 688-3732

Attorney for Plaintiff,
Stephanie Rodriguez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO COURTHOUSE

| | |
|---|---|
| STEPHANIE RODRIGUEZ<br><br>         Plaintiff,<br><br>  vs.<br><br>CREDIT BUREAU COLLECTION SERVICES, INC<br><br>         Defendant.<br>_____ | **CASE NO**: 3:16-cv-2221 LAB BLM<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint filed: September 2, 2016 |

NOTICE OF VOLUNTARY DISMISSAL
RODRIGUEZ V. CBCS, 3:16-CV-2221 LAB BLM

**PLEASE TAKE NOTICE** that Plaintiff Stephanie Rodriguez ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *with prejudice* as to Defendant Credit Bureau Collection Services, Inc. and dismisses the action in its entirety as provided below.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        **(A)** *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

No Defendants have appeared in this action.  Plaintiff requests that this case be dismissed with prejudice.

**HENDERSON CONSUMER LAW**

Date:  October 14, 2016

By: /s/ Samuel Henderson
SAMUEL HENDERSON
Attorneys for Plaintiff
Stephanie Rodriguez
**henderson@hendersonconsumerlaw.com**

NOTICE OF VOLUNTARY DISMISSAL
RODRIGUEZ V. CBCS, 3:16-CV-2221 LAB BLM